IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, dba KINDERCARE LEARNING CENTER,<br><br>Defendant. | Case No.<br>FILED: JULY 10, 2008    LI<br>08CV3938<br>JUDGE   GOTTSCHALL<br>MAGISTRATE   JUDGE COLE |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant Knowledge Learning Corporation ("KLC") hereby gives notice of the removal of this action from the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois, to the United States District Court for the Northern District of Illinois.

This Court has jurisdiction over this case because original jurisdiction is proper under 28 U.S.C. § 1332(a). In support of this Notice of Removal, Defendant KLC states as follows:

**PLAINTIFF'S ALLEGATIONS**

1.  Plaintiff filed her state-court Complaint in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois, Law Division, bearing the above-captioned title and the docket number 2008L00616. (See state-court Complaint attached to this Notice of Removal as Exhibit 1).

2.  Plaintiff's state-court Complaint alleges that KLC owns and operates a child day care facility under the trade name "KinderCare Learning Center" located at 6222 Fairview Avenue, Downers Grove, Illinois. **(Compl. at ¶ 1)**

3.  Plaintiff's state-court Complaint alleges that KLC failed to adequately supervise minor children in their care at the facility, failed to adequately staff the facility and negligently permitted "assaults and sexual activities to be perpetrated by and upon" minors using a facility lavatory. **(Compl. ¶¶ 5-7)** These alleged negligent acts caused Plaintiff alleged damages in excess of $50,000 exclusive of costs. **(Compl. Wherefore Clause)**

### THE COURT HAS JURISDICTION UNDER 28 U.S.C. § 1332(a)

4.  A defendant may remove an action to this Court if it has original jurisdiction over the action. *See* 28 U.S.C. § 1441(a).

5.  This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a):

### The Parties Are of Diverse Citizenship

6.  Plaintiff is a citizen of Illinois.

7.  KLC is incorporated under the laws of Delaware with its principal place of business in Portland, Oregon. So Knowledge Learning Corporation is a citizen of Delaware and Oregon. 28 U.S.C. § 1332(c)(1).

### The Amount in Controversy Exceeds $75,000

8.  KLC's counsel undertook a preliminary investigation subsequent to Plaintiff's filing of the state-court Complaint to ascertain the amount in controversy in this case. Plaintiff's counsel informed KLC that the range of alleged damages in this case is between $125,000 and $150,000.

**THE STATUTORY REQUIREMENTS OF 28 U.S.C. § 1446 HAVE BEEN SATISFIED**

9. KLC was served with the Complaint no earlier than June 10, 2008. So this Notice of Removal is timely. 28 U.S.C. §1446(b).

10. KLC is filing with this pleading a copy of the state-court Complaint and Summons served upon them in the state-court action. 28 U.S.C. § 1446(a). A copy of the state-court Complaint is attached as Exhibit 1 to this Notice of Removal. A copy of the Summons is attached as Exhibit 2 to this Notice of Removal.

11. Promptly after the filing of this Notice of Removal, KLC will give written notice of this Notice of Removal to Plaintiff. 28 U.S.C. § 1446(d).

12. Promptly after the filing of this Notice of Removal, KLC will file a copy of this Notice of Removal with the Clerk of the Eighteenth Judicial Circuit Court, DuPage County, Law Division. 28 U.S.C. § 1446(d).

Dated: July 10, 2008    Respectfully submitted,

KNOWLEDGE LEARNING CORPORATION,

  /s/   Timothy L. Binetti
Todd A. Rowden
Scott P. Clair
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe Street
Chicago, IL 60603
Tel: (312) 580-2327

## LIST OF EXHIBITS

Exhibit 1　　Complaint filed with the Circuit Court of DuPage County, Illinois, Law Division and served on Defendant Knowledge Learning Corporation

Exhibit 2　　Summons filed with the Circuit Court of DuPage County, Illinois, Law Division and served on Defendants Knowledge Learning Corporation

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Fed. R. Civ. P. 5(a), a copy of the **Notice of Removal** was served by depositing it into the United States Mail, first-class, postage pre-paid upon the following on July 10, 2008:

>Ira M. Kleinmuntz
>Ira M. Kleinmuntz & Associates, Ltd.
>222 N. LaSalle Street, Suite 200
>Chicago, IL 60601
>(312) 853-1100 (phone)


    /s/   Timothy L. Binetti

# EXHIBIT 1

DuPage Atty Code #26270

STATE OF ILLINOIS )
                   )SS:
COUNTY OF DuPAGE)

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL COURT
DU PAGE COUNTY, ILLINOIS

| | |
|---|---|
| JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING, <br><br>         Plaintiffs, <br><br>vs. <br><br>KNOWLEDGE LEARNING CORPORATION dba KINDERCARE LEARNING CENTER, <br><br>         Defendant. | 2008L000616 <br><br>Status Date: 08/02/08 <br>Next Date: 11/18/08 <br>Assigned To: 2014 |

FILED
Jun 02 2008 - 8:48 AM

CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY ILLINOIS

## COMPLAINT AT LAW

NOW COME the plaintiffs, JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING, by and through their attorneys, IRA M. KLEINMUNTZ & ASSOC., LTD., and hereby submit the following Complaint against the defendant, KNOWLEDGE LEARNING CORPORATION Doing business as KINDERCARE LEARNING CENTER, and alleges as follows:

    1. On or about December 6, 2006, the Plaintiff, JAYLAH HENDERSON, a minor, date of birth 5.29.03, was a under the care, control and supervision of the defendant, KNOWLEDGE LEARNING CORPORATION d/b/a KINDERCARE LEARNING CENTER, located at 6222 Fairview Ave., in the Village of Downer's Grove, County of DuPage and State of Illinois.

    2. On or about December 6, 2006, the defendant, KNOWLEDGE LEARNING CORPORATION, was a foreign corporation in the State of Illinois and doing business as KINDERCARE LEARNING CENTER operating as a private school through agents, servants and

1

employees as a day care center to care for minors left in their charge.

3. At all times relevant, JACLYN HEFLING was the mother and guardian of next friend of JAYLAH HENDERSON, a minor.

4. On or about December 6, 2006, other children were also under the care, control and supervision of the defendant KNOWLEDGE LEARNING CORPORATION while in a day care program and that these children were all minors left in the charge of defendant KINDERCARE LEARNING CENTER.

5. On or about said date, place and time, the Plaintiff, JAYLAH HENDERSON, a minor, while under the care, control and supervision of the defendant, the minor plaintiff sustained an assault and battery and serious personal injuries as a result of a sexual assault by another minor left in the charge of defendant KINDERCARE LEARNING CENTER.

6. On or about said date, the defendant through its agents or servants acting within the course and scope of their employment had a duty to supervise and monitor the activities of the minor children left in their charge to prevent harm to the plaintiff or other minor children

7. Not with standing the aforesaid said duty, the said Defendants, individually or by agents, servants or representatives, was failed to exercise reasonable care for the minors in there charge and were guilty of one or more of the following careless and negligent acts, to-wit:

   (a) Failed to supervise the minor children to prevent harm while in a common area which was therefore dangerous and unsafe in the circumstances, to the injury of the plaintiff;

   (b) Did improperly fail to monitor and control the activities of minor children in their charge, to the injury of the plaintiff;

   (c) Did negligently, carelessly and improperly fail to provide sufficient personnel and supervision to supervise and control the activities of the minor children in a common area where the children were directed to be, to the injury of the plaintiff;

   (d) Did negligently, carelessly and improperly permit assaults and sexual activities to be perpetrated by and upon a minors in an unsupervised lavatory to the injury of the minor plaintiff;

2

(e) Did negligently, carelessly and improperly fail to supervise and safeguard the minor plaintiff within the lavatory upon it's premises to the injury of the plaintiff;

(f) Did negligently, carelessly and improperly fail to keep order among the minor children in their charge, to the injury of the plaintiff;

8. That as a direct and proximate result of one or more of the aforementioned acts or omissions, the plaintiff, JAYLAH HENDERSON, a minor, was caused to be sexually assaulted and battered by another minor while unsupervised in a lavatory area where they were permitted to be, that the plaintiff incurred great pain and suffering and trauma will in the future incur great pain and suffering and trauma; that the plaintiff and/by her mother and next friend, JACLYN HEFLING incurred medical expenses and who will in the future remain responsible for said medical expenses; that the plaintiff lost time and quality from her life and will in the future have her quality of life permanently affected; that the plaintiffs incurred other pecuniary expenses and will in the future incur pecuniary expenses.

WHEREFORE, the Plaintiff, JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING, prays that the Court enter judgment against the Defendant, in a sum in excess of FIFTY ($50,000.00) THOUSAND DOLLARS, plus costs incurred in pursuing this matter.

Respectfully submitted,

By: _____
attorney for the plaintiffs

Ira M. Kleinmuntz, Esquire
Attorney & Counselor At law
IRA M. KLEINMUNTZ & ASSOC., LTD.
222 N. LaSalle Street ~ Suite 200
Chicago, Illinois 60601
312/853-1100
#26270

# EXHIBIT 2

CIRCUIT COURT SUMMONS

**FOREIGN**

3101(Rev. 07/05)

**STATE OF ILLINOIS**     UNITED STATES OF AMERICA     **COUNTY OF DUPAGE**
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING,

        PLAINTIFF

VS.

KNOWLEDGE LEARNING CORPORATION, dba KINDERCARE LEARNING CENTER,

        DEFENDANT

CASE NUMBER
**2008L000616**

CASHIER: DENISE

000027-1.6.1 06/06/08 09:48
REF CASE  # 08L 000616
1 FOREIGN WRIT        30.00
1 RELEASE              0.00
REF SHERIFF # 074024
CASE TOTAL           30.00

### SUMMONS

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of this Court, 505 North County Farm Road, Wheaton, Illinois within 30 days after the service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of services and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

PLEASE SERVE *(Defendant)*
by Registered Agent:
CT Corporation System
208 S. LaSalle St., #814
Chi., IL 60604

WITNESS: **CHRIS KACHIROUBAS**, Clerk of the Eighteenth Judicial Circuit Court, and seal thereof at Wheaton, Illinois.

Date: **JUN 0 2 2008**

Clerk of the Eighteenth Judicial Circuit

Name: Ira M. Kleinmuntz & Assoc., Ltd.    ☐ PRO SE
DuPage Attorney Number: 26270
Attorney for: Plaintiffs
Address: 222 N. LaSalle Street - Suite 200
City/State/Zip: Chicago, IL 60601
Telephone: 312.853.1100

NOTICE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person.)

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707

```
TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS         DISTRICT 010

SHERIFF'S NUMBER 074024-001D  CASE NUMBER 08L000616    DEPUTY: STROM 3696-

FILED DT 06-02-2008 RECEIVED DT 06-06-2008 DIE DT 06-20-2008 MULTIPLE SERVICE  1
    DEFENDANT                                 ATTORNEY
KNOWLEDGE LEARNING CORPORATION DBA KINDERCARE LEA   IRA M KLEINMUNTZ & ASSOC LTD
208 S LA SALLE ST                           222 N LASALLE ST STE 200
CHICAGO IL. 60604                           CHICAGO IL. 60601
#814                                        312 853-1100
PLAINTIFF JAYLAH HENDERSON

SERVICE INFORMATION: RA CT CORP SYSTEM          RS
```

FOREIGN

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME _____
.....3 SERVICE ON: CORPORATION X COMPANY ____ BUSINESS ____ PARTNERSHIP ____ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL ____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY 3696-
    1 SEX M/F ___ RACE W AGE 60
    2 NAME OF DEFENDANT KNOWLEDGE LEARNING CORPORATION DBA KINDERCARE LEA
      WRIT SERVED ON Do Schulz
    THIS 10 DAY OF JUN, 2008 TIME 10:30 A.M./P.M.

ADDITIONAL REMARKS _____

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG _____                    ATTEMPTED SERVICES
NEIGHBORS NAME _____              DATE           TIME A.M./P.M.
    ADDRESS _____                 _____  __:__ ___
       REASON NOT SERVED:                  _____  __:__ ___
              ___07 EMPLOYER REFUSAL       _____  __:__ ___
    ___01 MOVED        ___08 RETURNED BY ATTY    _____  __:__ ___
    ___02 NO CONTACT   ___09 DECEASED            _____  __:__ ___
    ___03 EMPTY LOT    ___10 BLDG DEMOLISHED     _____  __:__ ___
    ___04 NOT LISTED   ___11 NO REGISTERED AGT.
    ___05 WRONG ADDRESS ___12 OTHER REASONS      _____  __:__ ___
    ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY