# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| JAYLAH HENDERSON, a minor, by her mother, and next friend, JACLYN HEFLING<br>v.<br>KNOWLEDGE LEARNING CORPORATION, d/b/a KINDERCARE LEARNING CENTER | FILED: JULY 10, 2008    LI<br>08CV3938<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KNOWLEDGE LEARNING CORPORATION

| |
|---|
| NAME (Type or print)<br>Timothy L. Binetti |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy L. Binetti |
| FIRM<br>Thompson Coburn LLP |
| STREET ADDRESS<br>55 E. Monroe Street, 40th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282534 | TELEPHONE NUMBER<br>(312) 580-2327 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |