IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLYSON ALBRECHT, individually and as mother and best friend of RORY-MORRIS MARTIN ALBRECHT, a minor<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORP, KNOWLEDGE LEARNING CENTERS, INC., KC DEVELOPMENT L.L.C., KINDERCARE REAL ESTATE L.L.C., and MS. KATHERINE DOE,<br><br>Defendants. | FILED: JULY 10, 2008   LI<br>08CV3938<br>JUDGE   GOTTSCHALL<br>MAGISTRATE   JUDGE COLE<br><br>Case No. |

**CORPORATE DISCLOSURE STATEMENT OF**
**KNOWLEDGE LEARNING CORPORATION**

Defendant Knowledge Learning Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

KNOWLEDGE LEARNING CORPORATION,


/s/   Timothy L. Binetti

Todd A. Rowden
Scott P. Clair
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe – 40th Floor
Chicago, IL  60603
(312) 346-7500

Dated: July 10, 2008

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Corporate Disclosure Statement of Knowledge Learning Corporation was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing Corporate Disclosure Statement was served on July 10, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

> Ira M. Kleinmuntz
> Ira M. Kleinmuntz & Associates, Ltd.
> 222 N. LaSalle Street, Suite 200
> Chicago, IL 60601
> (312) 853-1100 (phone)

/s/   Timothy L. Binetti