IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAYLAH HENDERSON, a minor, by her mother and next friend JACLYN HEFLING, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 3938 |
| KNOWLEDGE LEARNING CORPORATION, d/b/a KINDERCARE LEARNING CENTER | ) ) ) | Hon. Joan Gottschall |
| Defendants. | ) | |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF
<u>KNOWLEDGE LEARNING CORPORATION</u>**

Defendant Knowledge Learning Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

KNOWLEDGE LEARNING CORPORATION,

/s/   Timothy L. Binetti

Todd A. Rowden
Scott P. Clair
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe – 40th Floor
Chicago, IL  60603
(312) 346-7500

Dated: July 11, 2008

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Amended Corporate Disclosure Statement of Knowledge Learning Corporation was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing Amended Corporate Disclosure Statement was served on July 11, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

> Ira M. Kleinmuntz
> Ira M. Kleinmuntz & Associates, Ltd.
> 222 N. LaSalle Street, Suite 200
> Chicago, IL 60601
> (312) 853-1100 (phone)

/s/   Timothy L. Binetti