IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING,<br><br>    Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, d/b/a KINDERCARE LEARNING CENTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 CV 3938<br>)<br>) Hon. Joan Gottschall<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:    Ira M. Kleinmuntz
       Ira M. Kleinmuntz & Associates, Ltd.
       222 N. LaSalle Street, Suite 200
       Chicago, IL 60601

   PLEASE TAKE NOTICE that on July 11, 2008, we filed with the United States District Court, using the CM/ECF filing system, an Amended Corporate Disclosure Statement, a copy of which is attached and hereto served upon you.

                              Respectfully submitted,

                              **KNOWLEDGE LEARNING CORPORATION,**


                                /s/   Timothy L. Binetti
                              Todd A. Rowden
                              Scott P. Clair
                              Timothy L. Binetti
                              THOMPSON COBURN LLP
                              55 East Monroe Street
                              Chicago, IL 60603
                              Tel: (312) 580-2327

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the attached Amended Corporate Disclosure Statement of Knowledge Learning Corporation was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing Amended Corporate Disclosure Statement was served on July 11, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

> Ira M. Kleinmuntz
> Ira M. Kleinmuntz & Associates, Ltd.
> 222 N. LaSalle Street, Suite 200
> Chicago, IL 60601
> (312) 853-1100 (phone)


/s/    Timothy L. Binetti