**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, d/b/a KINDERCARE LEARNING CENTER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  08 CV 3938

Hon. Joan Gottschall

### DEFENDANT'S ANSWER TO PLAINTIFF'S "COMPLAINT AT LAW"

Defendant, Knowledge Learning Corporation d/b/a KinderCare Learning Center (hereinafter "KLC"), as to its Answer to Plaintiff's "Complaint at Law", states as follows:

1.     On or about December 6, 2006, the Plaintiff, Jaylah Henderson, a minor, date of birth 5/29/03, was under the care, control and supervision of the Defendant, Knowledge Learning Corporation d/b/a KinderCare Learning Center, located at 6222 Fairview Avenue, in the Village of Downers Grove, County of DuPage and State of Illinois.

**ANSWER**:     KLC admits that Plaintiff is a minor, that her birthday is May 29, 2003 and that on December 6, 2006, she was enrolled and present in the KinderCare Learning Center facility located at 6222 Fairview Avenue, in the Village of Downers Grove, County of DuPage and State of Illinois.

2.     On or about December 6, 2006, the Defendant, Knowledge Learning Corporation, was a foreign corporation in the State of Illinois and doing business as KinderCare Learning Center operating as a private school through agents, servants and employees as a day care center to care for minors left in their charge.

**ANSWER**:     KLC admits that it is a corporation, that it is a citizen of the states of Delaware and Oregon, that it does business in the state of Illinois as KinderCare Learning Center, and that it operates KinderCare Learning Centers which employ various agents and employees to carry out daycare operations.

3.     At all times relevant, Jaclyn Hefling was the mother and guardian of next friend, Jaylah Henderson, a minor.

**ANSWER:**     KLC admits the allegations contained in Paragraph 3.

4.     On or about December 6, 2006, other children were also under the care, control and supervision of the Defendant, Knowledge Learning Corporation, while in a day care program and that these children were all minors left in the charge of Defendant, KinderCare Learning Center.

**ANSWER:**     KLC admits that there were other students in the KinderCare Learning Center

located at 6222 Fairview Avenue, in the Village of Downers Grove, County of DuPage and

State of Illinois "on or about" December 6, 2006.

5.     On or about said date, time and place, the Plaintiff, Jaylah Henderson, a minor, while under the care, control and supervision of the Defendant, the minor Plaintiff sustained an assault and battery and serious personal injuries as a result of a sexual assault by another minor left in the charge of Defendant, KinderCare Learning Center.

**ANSWER:**     KLC denies the allegations set forth in Paragraph 5.

6.     On or about said date, the Defendant through its agents or servants acting within the course and scope of their employment had a duty to supervise and monitor the activities of the minor children left in their charge to prevent harm to the Plaintiff or other minor children.

**ANSWER:**     KLC admits all duties legally imposed by law but denies they are adequately pled

herein.

7.     Notwithstanding the aforesaid said duty, the said Defendants, individually or by agents, servants or representative, was failed to exercise reasonable care for the minors in their charge and were guilty of one or more of the following careless and negligent acts, to-wit:

(a)     Failed to supervise the minor children to prevent harm while in a common area which was therefore dangerous and unsafe in the circumstances, to the injury of the Plaintiff;

(b)     Did improperly fail to monitor and control the activities of minor children in their charge, to the injury of the Plaintiff;

(c)     Did negligently, carelessly and improperly fail to provide sufficient personnel and supervision to supervise and control the activities of the minor children in a common area where the children were directed to be, to the injury of the Plaintiff;

2

(d)    Did negligently, carelessly and improperly permit assaults and sexual activities to be perpetrated by and upon a minor in an unsupervised lavatory to the injury of the minor Plaintiff;

(e)    Did negligently, carelessly and improperly fail to supervise and safeguard the minor Plaintiff within the lavatory upon it's premises to the injury of the Plaintiff; and

(f)    Did negligently, carelessly and improperly fail to keep order among the minor children in their charge, to the injury of the Plaintiff.

**ANSWER**:    KLC denies all aggregated allegations contained in Paragraph 7 and its subparagraphs A through F.

8.    That as a direct and proximate result of one or more of the aforementioned acts or omissions, the Plaintiff, Jaylah Henderson, a minor, was caused to be sexually assaulted and battered by another minor while unsupervised in a lavatory area where they were permitted to be, that the Plaintiff incurred great pain and suffering and trauma will in the future incur great pain and suffering and trauma, that the Plaintiff and/by her mother and next friend, Jaclyn Hefling, incurred medical expenses and who will in the future remain responsible for said medical expenses; that the Plaintiff lost time and quality from her life and will in the future have her quality of life permanently affected; that the Plaintiffs incurred other pecuniary expenses and will in the future incur pecuniary expenses.

**ANSWER**:    KLC denies the aggregated allegations contained in Paragraph 8.

FOR RELIEF, Knowledge Learning Corporation requests that the Court enter judgment in its favor.

Respectfully submitted,

**KNOWLEDGE LEARNING CORPORATION**

   /s/    Timothy L. Binetti
Todd A. Rowden
Scott P. Clair
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe Street
Chicago, IL 60603
Tel: (312) 580-2327

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached Defendant's Answer to Plaintiff's "Complaint at Law" was filed electronically and is available for viewing and downloading from the Electronic Case Filing System.  A true and correct copy of the foregoing document was served on July 31, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

> Ira M. Kleinmuntz
> Ira M. Kleinmuntz & Associates, Ltd.
> 222 N. LaSalle Street, Suite 200
> Chicago, IL 60601
> (312) 853-1100 (phone)

/s/    Timothy L. Binetti