**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAYLAH HENDERSON, a minor, by her mother and next friend, JACLYN HEFLING,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, d/b/a KINDERCARE LEARNING CENTER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  08 CV 3938

Hon. Joan Gottschall

**NOTICE OF FILING**

TO:    Ira M. Kleinmuntz
       Ira M. Kleinmuntz & Associates, Ltd.
       222 N. LaSalle Street, Suite 200
       Chicago, IL 60601

    PLEASE TAKE NOTICE that on July 31, 2008, we filed with the United States District Court, using the CM/ECF filing system, Defendant's Answer to Plaintiff's "Complaint at Law", a copy of which is attached and hereto served upon you.

Respectfully submitted,

**KNOWLEDGE LEARNING CORPORATION,**

   /s/   Timothy L. Binetti
Todd A. Rowden
Scott P. Clair
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe Street
Chicago, IL 60603
Tel: (312) 580-2327

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached Defendant's Answer to Plaintiff's "Complaint at Law" was filed electronically and is available for viewing and downloading from the Electronic Case Filing System.  A true and correct copy of the foregoing document was served on July 31, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

Ira M. Kleinmuntz
Ira M. Kleinmuntz & Associates, Ltd.
222 N. LaSalle Street, Suite 200
Chicago, IL 60601
(312) 853-1100 (phone)


/s/     Timothy L. Binetti