# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

In the Matter of Jaylah Henderson, a minor,   Case Number: 08-cv-03938
    v.
Knowledge Learning Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff, Jaylah Henderson, a minor, by her mother Jaclyn, her mother

| | |
|---|---|
| NAME (Type or print) Ira M. Kleinmuntz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Ira M. Kleinmuntz | |
| FIRM Ira M. Kleinmuntz & Assoc., Ltd. | |
| STREET ADDRESS 222 N. LaSalle Street, Suite 200 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 61895959 | TELEPHONE NUMBER 312-853-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**  NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X**  NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**  NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES **X**  NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL **X**  APPOINTED COUNSEL | |